Kelly, Appellant, *v.* Allegheny County
Redevelopment Authority.

Argued March 15, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN and EAGEN, JJ.

*William Claney Smith,* with him *Charles F. Dean,* for appellants.

*Sylvan Libson,* for Redevelopment Authority of Allegheny County, appellee.

OPINION PER CURIAM, April 17, 1962:
· Judgment affirmed on opinion of Judge J. FRANK McKENNA, JR., 26 Pa. D. & C. 2d 662.

Mr. Justice O'BRIEN took no part in the consideration or decision of this case.